In the Matter of E. A. MIXER et al., Respondents, against
VILLAGE OF FRANKFORT et al., Respondents, and FRED
PETREL et al., Appellants.

(Argued February 28, 1934; decided March 20, 1934.)

*S. W. Brennan* for appellants.

*C. Dickerman Williams* and *Sidney J. Kaplan* for
respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.